IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN HUNTER, | PRISONER CIVIL RIGHTS |
| | 42 U.S.C. § 1983 |
| Plaintiff, | |
| v. | |
| M. HARRIS, et al., | CIVIL ACTION FILE |
| | NO. 1:15-CV-3386-MHC-AJB |
| Defendants. | |

## ORDER

The matter is before the Court on Magistrate Judge Alan J. Baverman's Non-Final Report and Recommendation [Doc. 74] ("R&R"), which recommends that Plaintiff's motion for preliminary injunction [Docs. 61, 62] be denied without prejudice. The Order for Service of the R&R [Doc. 75] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. No objections have been filed to the report and recommendation. Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1), and "need only satisfy itself that there is no clear error on the face of the record" in order to

accept the recommendation. FED. R. CIV. P. 72(b), advisory committee's note to 1983 amendment. The Court has reviewed the R&R and finds no clear error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Non-Final Report and Recommendation [Doc. 74] as the as the Opinion and Order of the Court.

It is hereby **ORDERED** that Defendant's motion for preliminary injunction [Docs. 61, 62] be **DENIED WITHOUT PREJUDICE**.

The Clerk is directed to re-submit this matter to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED** this 25th day of May, 2017.

_____
MARK H. COHEN
United States District Judge